AO 91 (Rev. 11/11)  Criminal Complaint



FILED
JUN 2 8 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

SEALED

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>SEBASTIAN REIGLE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2:24-mj-00121 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   April 2023 through January 2024   in the county of   Kanawha   in the
  Southern   District of   West Virginia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications |
| 18 U.S.C. § 2261A | Interstate Domestic Stalking and Harassment |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Powers, SA FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:  June 28, 2024

_____
*Judge's signature*

City and state:    Charleston, West Virginia            Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*