

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF WEST VIRGIIA

COUNTY OF KANAWHA, to wit:

I, Joshua Powers, Special Agent (SA), (hereinafter "Affiant"), having been duly sworn, hereby depose and state:

1. Affiant is an investigative or law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to make arrests.

2. I am a Special Agent with the Federal Bureau of Investigation, (hereinafter "FBI"), and have been since July 2020. Your Affiant is currently assigned to the FBI Pittsburgh Division, Charleston, West Virginia Resident Agency. Affiant graduated from the FBI Academy in Quantico, Virginia, as a Special Agent. Affiant has received training in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant application, and various other investigative techniques. Prior to becoming a Special Agent with the FBI, your affiant was employed with the West Virginia State Police as a sworn law enforcement officer for approximately nine years where I enforced criminal laws and participated in several complex investigations.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during this investigation. Because this affidavit is submitted in support of an application

1

for a criminal complaint and arrest warrant, it does not include every fact known concerning this investigation. It does, however, set forth a statement of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violation of Title 18, United States Code, Section 875(c) (Interstate Communications) and Title 18, United States Code, Section 2261(a)(2) (Interstate Domestic Stalking and Harassment) has been committed by Sebastian Reigle (REIGLE).

5. Title 18, United States Code, Section 875(c) makes it unlawful for any person who transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

6. Title 18, United States Code, Section 2261(a)(2) makes it unlawful for a person to travel in interstate commerce with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that (A) "places that person in reasonable fear of the death or serious bodily injury to a person . . . . or (B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person described in clauses (i), (ii), or (iii) of paragraph (1)(A).

2

**PROBABLE CAUSE**

7. This Complaint relates to a series of threatening, harassing, intimidating, and abusive communications made by SEBASTIAN REIGLE, telephone number 571-330-6154, to his wife (hereinafter, "Victim-1") and to a friend of his wife (hereinafter, "Victim-2").

8. REIGLE and Victim-1 married in or around 2021. They lived in a city in Texas for a period. At a certain point, REIGLE and Victim-1 separated, and Victim-1 took up residence in the Southern District of West Virginia beginning in March 2023.

9. As stated above, Victim-2 is a friend of Victim-1. Victim-2 resides in Pennsylvania. REIGLE, at times, resided in Woodbridge, Virginia, which is within the Eastern District of Virginia. Police reports filed in Prince William County Virginia in May 2020 and March 2022 associated REIGLE to the address of 12573 Colgate Court Woodbridge, Virginia. During the incident in May 2020, Thomas Reigle called from the address above to report his 20-year-old grandson Sebastian Reigle was destroying Thomas's house and threatening him. REIGLE has a Virginia Identification card listing his address as 12573 Colgate Court Woodbridge, Virginia.

10. REIGLE made several of the communications described in this Affidavit using a telephone number, 571-330-6154, associated with him ("REIGLE NUMBER"). Agents suspect that this number is associated with REIGLE because, among other reasons: (a) the number was listed as "Sebastian" in the contacts in Victim-1's cell phone, which is REIGLE's first name; (b) a person using the REIGLE NUMBER left multiple voicemails on the cell phone of Victim-1, and Victim-1 has identified this voice as REIGLE's; (c) in many of these voicemails, the person using the REIGLE NUMBER referenced his marriage to Victim-1; (d) subscriber information for REIGLE

NUMBER indicates that the number is registered to a person whom agents believe is REIGLE's grandfather, Thomas Reigle; (e) the REIGLE NUMBER was listed as a telephone number for REIGLE in a police report that was filed against him in August 2021; and (f) REIGLE posted a surety bond on August 3, 2021 in Travis County, Texas regarding one felony count of Aggravated Assault with Deadly Weapon. On the bond paperwork, REIGLE listed the telephone number 571-330-6154.

11. In addition to the REIGLE NUMBER, REIGLE made threatening, harassing, intimidating, and abusive communications to Victim-1 and Victim-2 using other telephone numbers. Based on my training and experience, it is suspected REIGLE obtained these telephone numbers using third-party software applications that provide users with anonymized telephone numbers. REIGLE is suspected of being associated to these other phone numbers because, among other reasons: (a) many of them explicitly referenced REIGLE's marriage to Victim-1; (b) many of them referenced prior events associated with REIGLE's life, such as a surgery that he underwent in recent years and his residences in Texas and Virginia; (c) some of them explicitly stated that the user was texting Victim-1 and/or Victim-2 from an "app," because Victim-1 and/or Victim-2 had previously blocked the REIGLE NUMBER; and (d) all of them contained the same or similar language, threats, and patterns as other communications that were made from the REIGLE NUMBER.

12. REIGLE engaged in the threatening, harassing, intimidating, and abusive course of conduct toward Victim-1 and Victim-2 at least in part while he was in the Eastern District of Virginia. Some of REIGLE's communications to Victim-1, described below, explicitly stated that he, REIGLE, was in Virginia at the time that he was making the

communications. REIGLE, at times, resides in Woodbridge, Virginia, which is within the Eastern District of Virginia as described above in the police reports and DMV records. REIGLE at times has attempted to threaten and intimidate Victim-1 by stating that he was within a few hours' driving distance of Victim-1's home, which is outside of but close to the Eastern District of Virginia.

13. REIGLE's threatening, harassing, intimidating, and abusive course of conduct toward Victim-1 and Victim-2 began in at least October 2022 and continued through at least January 2024 as to Victim-1 and as to Victim-2. During the investigation, agents reviewed voice mails, text messages, call logs, subscriber information, and other cellular data. Information listed below is a summary of threatening messages and voice mails sent by REIGLE. The voicemails and messages that REIGLE sent to Victim-1 are described in this Affidavit to the best of my knowledge and belief. In addition, many of the expletives in REIGLE's communications have been redacted throughout this Affidavit.

14. On or around October 23, 2022, REIGLE made upwards of 40 calls to Victim-1. REIGLE then made more than 45 calls to Victim-1 a few days later, on or around October 29, 2022.

15. On or around October 31, 2022, REIGLE left a voicemail for Victim-1, stating the following, among other things: "I'ma f**k you up—I swear to God—f**k you up—f**k! . . . Wait, you think—you think I'm going to forgive you for all this? . . . I'm going to f**k you up—when I see you again—when you go to West Virginia again—I'ma f**k you up. Just you wait." REIGLE was shouting at a high volume for most of this voicemail message.

16. Approximately one week later, on or around November 5 and 6, 2022, REIGLE attempted to contact Victim-1 using FaceTime calls. "FaceTime" is a videoconferencing feature provided by Apple, Inc. ("Apple"). REIGLE attempted to initiate FaceTime calls with Victim-1 more than 100 times during these two days. Many of these call attempts were within seconds or minutes of each other, repeated over the course of multiple hours.

17. In the following weeks, between approximately November 7 and 22, 2022, REIGLE made more than 50 FaceTime call attempts to Victim-1's telephone number.

18. On or around April 16, 2023, Victim-1 took screenshots of a series of messages that REIGLE had sent her on Facebook. "Facebook" is a social media platform provided by Meta Platforms, Inc. In these messages, REIGLE stated, among other things: "Yo why the f**k do you continue to drive this marriage into the dirt. . . . THERE IS NO GOD D**N REASON FOR YOU TO BE DOING THIS UNFAITHFUL S**T." REIGLE then indicated that he had seen certain comments of Victim-1 and Victim-2 on social media. In a message to Victim-1, REIGLE stated: "YOU UNFAITHFUL F**KING WHORE".

19. On July 14 and 15, 2023, REIGLE sent a series of 25 text messages to Victim-1 and attempted calling Victim-1 more than 20 times. In these text messages, REIGLE stated that he knew that Victim-1 was living in West Virginia. REIGLE demanded that Victim-1 answer the repeated calls that he was making to her. REIGLE also, in these text messages to Victim-1, threatened to leave Victim-2 "unconscious." REIGLE stated that he would show "no more mercy" for Victim-2.

20. During this time, on July 14 and July 15, 2023, REIGLE also left at least two voicemails on Victim-1's cell phone. In one of these voicemails, REIGLE said the following: "I'm not f**king playing with you no more. You're a fat f**king obese piece of s**t. . . . I'm gonna put you straight in your f**king place, like the b*tch you are. . . . If [Victim-2] got an issue with what I'm saying, tell him I say come through, tell him I'll knock the f**k out this dude. B*tch ass, you fat f**king obese b*tch. You're over 280 pounds. You're a fat f**king b*tch. Understand this. You're ugly. Nobody wanted you before me—nobody. . . Your mother's a whore. . . . You fat f**king pig."

21. The next day, on or around July 16, 2023, REIGLE sent a series of 16 text messages to Victim-1 over the course of approximately 20 minutes. In one of these text messages, REIGLE called Victim-1 a "stupid b*tch" and a "fat [f]**king pig." He again threatened to leave Victim-2 "unconscious" the following day.

22. REIGLE continued sending a series of abusive and harassing text messages and voicemails for Victim-1 in the following days. In one of these text messages, REIGLE stated: "You're not hard to find. I just want to make that very clear to you. You're not hard to find. Neither is [Victim-2]. You disrespect me again, I'ma smack the dog s**t outta you. Dumb ass b*tch."

23. On or around July 18, 2023, REIGLE left a voicemail for Victim-1 in which he stated the following: "Let me lay this out to you real quick so that you understand—I swear to God, on my life, I'ma beat the f**k outta you and [Victim-2]. I'ma beat the f**k outta you both. . . . I'ma leave you both unconscious. . . . I'ma make an example out of him and you. . . . I'ma f**k you and your friend up. . . . I'ma beat the s**t outta you,

7

[Victim-1]. I'm going to respond worse than I did 2 years ago. For the last few months I've known where both you live at where bot you at exactly location."

24. On or around July 19, 2023, REIGLE continued leaving voicemails for Victim-1. In one of these voicemails, REIGLE stated: "I'm not playing with you. I will literally beat the f**k out of you, and your f**king family, and [Victim-2] . . . . I'ma beat the f**k outta you. Listen to what I'm saying clearly. I'ma beat the f**k outta you. I'ma beat the f**k outta you both. I promise you—I'ma smack the f**k outta you both."

25. In yet another voicemail to Victim-1 at around this time, REIGLE stated: "I already know where you at. I know where your friends are at. This is not a game to me. . . . You're getting consequences for this. You, [Victim-2], and your mother are all paying for this."

26. On or around August 4, 2023, REIGLE left another voicemail and made the following statements: "You have no idea what's coming to you. You are going to get you're a** beat. You are going to get you're a** fuc**** beat and its going to be worse than 2 years ago. I don't give a fu** about the police, I don't give a fu** about the police, your going to get your fuc*in* a** beat and left unconscious."

27. On or around August 7, 2023, REIGLE left another voicemail and made the following statements: "Next time I see you im going to explode on you. You have no idea what's coming to you. None."

28. On or around October 7, 2023, REIGLE left another series of voicemails for Victim-1. In one of these voicemails, REIGLE called Victim-1 a "f**king obsessive lustful piece of s**t person." He called her "manipulative beyond f**king words" and a "f**king slut." REIGLE also stated, in one of these voicemails, that he was living within driving

8

distance of Victim-1. He stated, specifically: "You know what's even f**king hilarious—I'm not even f**king three and a half—I'm only three and a half hours away from you, and I already know that you're already out in West Virginia, after I told you not to move."

29. REIGLE's pattern of threatening, harassing, intimidating, and abusive communications continued throughout October and November 2023. In one text message, which REIGLE sent Victim-1 on or around November 8, 2023, REIGLE stated: "I'm heading back to va to speak to you in person and get my money back." Based on my knowledge of this investigation, I believe that "va" in this message referred to REIGLE's residence in Virginia, specifically, Woodbridge, Virginia.

30. In other text messages that REIGLE sent to Victim-1 on or around November 27, 2023, and November 28, 2023, REIGLE stated: "[I]f I don't hear from you I'm coming to speak to you person u were not hard to find." At around this time, REIGLE also sent Victim-1 a series of all-caps texts in rapid succession, demanding that she pick up the phone. He stated: "ANSWER!!!!!!"; "YOU F**KING THEIF LIYING BASTARD"; "ANSWER THE PHONE !!!!! YOU I GET ANOTHER CHANCE ITS BEEN A YEAR YOU F**KING ABANDONED ME"; "ANSWER ANSWER"; "ANSWER B*TCH". REIGLE then again threatened Victim-1, stating: "I'm gonna come speak to you in person since you wanna be disrespectful as f**k."

31. On or around November 28, 2023, Victim-2 told Victim-1 that REIGLE had recently sent a series of text messages to Victim-2. Victim-2 sent Victim-1 screenshots of the text messages that REIGLE had recently sent Victim-2. In one of these text messages to Victim-2, REIGLE stated: "One of y'all dumb as motherf**kers better answer the

phone you or her family rowels burg lmfao ima put a bullet in someone's head for all this."

32. REIGLE also stated, in a text message to Victim-2 at around this time: "And the fact that y'all are idiots man I cant believe I got involved with an adulterous ass women all hood she's only 4 hours away I can't wait to find out all that adulterous cheating s**t Ill beat her ass . . . stupid dumbass filthy bastards".

33. On January 15 and 16, 2024, REIGLE sent close to 30 text messages to Victim-1. In one of these text messages, REIGLE stated: "You clearly lack respect for me as your spouse like you did in the beginning even now. Wow I cannot believe you are this f**king stupid." REIGLE stated: "Suck my d**k and go f**k yourself and f**k [Victim-2] f**k all of your friends and f**k your disgusting ass family." REIGLE called Victim-1 the "town whore" in one of these text messages.

34. On or around January 17 and 18, 2024, Victim-2 again sent Victim-1 screenshots of text messages that REIGLE had recently sent Victim-2. In the text messages to Victim-2, REIGLE stated, among other things: "im gonna make that women suffer she wants to cheat let's do it tell me b**ch about everything that happened?"

35. In other text messages to Victim-2 at around this time, REIGLE also said that he would soon be "2 hours nothing more . . . 3:45 minutes to be precise" in driving distance from Victim-1. REIGLE stated to Victim-2 in these text messages: "You disgusting f**king fa**ot the fact y'all did that s**t is wild. trust me I'm not tolerating none of this"; "Ima getting this s**t back in blood. . . . F**k the consequences"; "I'll beat your unconscious around and find out call the police I dare you to."

36. On or around January 21, 2024, Victim-2 sent Victim-1 further screenshots of text messages that REIGLE had sent Victim-2. In these text messages to Victim-2, REIGLE stated: "crazy cause I'm only 3 hours from you run your moth and [Victim-1] will get adressed in the morning".

## CONCLUSION

37. As described above, REIGLE used a combination of Facebook messages, text messages sent from his own telephone number, text messages sent from telephone numbers generated by third-party software applications, and telephonic voicemails to engage in a threatening, harassing, intimidating, and abusive course of conduct toward Victim-1 and Victim-2. Based on my training, experience, and knowledge of this investigation, I believe that these services are interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and/or other facilities of interstate or foreign commerce, as defined in 18 U.S.C. § 875(c) and 18 U.S.C. § 2261A (2).

38. As set forth above, REIGLE also made at least some of the threatening, harassing, intimidating, and abusive communications to Victim-1 while he was in Virginia and while Victim-1 was in West Virginia and Victim-2 was in Pennsylvania. REIGLE's course of conduct, therefore, involved interstate communications.

39. Based on the foregoing, I respectfully submit that there is probable cause to believe that between at least March 2023 and at least January 2024, Victim-1 was living in the Southern District of West Virginia, and the defendant, SEBASTIAN REIGLE while located in Woodbridge, Virginia, did engage in a course of conduct that violated 18 U.S.C. § 875(c) and 18 U.S.C. § 2261A (2).

Respectfully submitted,

_____
Joshua Powers
Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence, this 28th day of June 2024.

_____
DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE